DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE RAMIRO PUGA-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JOSE RAMIRO PUGA-JIMENEZ,<br><br>           Defendant. | NO. 1:08-cr-0335 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:  March 16, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 23, 2009, **may be continued to March 16, 2009 at 9:00 A.M.** for a possible change of plea hearing.

This continuance is at the request of counsel for defendant to permit  plea negotiations between the parties. This continuance will conserve time and resources for both parties and the court.

///

///

////

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: February 19, 2009          By:   /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 19, 2009          By:   /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Jose Ramiro Puga-Jimenez

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 19, 2009**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE